## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| LEONORA A. DEL ROSARIO, | ) | **Case No. 16-02293** |
| | ) | |
| Debtor. | ) | **Honorable Carol A. Doyle** |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 24th day of January, 2017, he caused the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* to be filed electronically with the Court.  Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed on the attached service list.

Dated:  January 24, 2017                                         BRIAN A. AUDETTE, INTERIM TRUSTEE


                                                                 By: */s/ Brian A. Audette*
                                                                         Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8540
Fax:  (312) 324-9540

87955-0029/133800351.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-02293<br>Northern District of Illinois<br>Chicago<br>Tue Jan 24 10:58:43 CST 2017 | Bank of America, N.A.<br>c/o Mark A. Silverman<br>Lowis & Gellen LLP<br>200 W. Adams St., Suite 1900<br>Chicago, IL 60606-5229 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Bank of America<br>Lowis & Gellen LLP<br>200 W. Adams, Suite 1900<br>Chicago, IL 60606-5229 | Bank of America, N.A.<br>Lowis & Gellen LLP/Mark A. Silverman<br>200 West Adams Street, Suite 1900<br>Chicago, IL 60606-5229 | Calvary Portfolio Services<br>500  Summit Lake Dr<br>Ste 400<br>Valhalla, NY 10595-2322 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank<br>c/o Blitt & Gaines<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank/Best Buy<br>Centralized BK/CitiCorp<br>Po Box 790040<br>St Louis, MO 63179-0040 | Commonwealth Edison<br>3 Lincoln Center<br>Villa Park, IL 60181-4204 | Diversified Consultant<br>Dci<br>Po Box 551268<br>Jacksonville, FL 32255-1268 |
| FIRST NATIONAL BANK OF OMAHA<br>Brumbaugh and Quandahl, P.C.<br>4885 South 118th Street, Suite 100<br>OMAHA, NE 68137-2241 | First National Bank<br>Attn:  FNN Legal Dept<br>1620 Dodge St Mailstop Code 3290<br>Omaha, NE 68102-1593 | Kohls/Capital One<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Square One Financial/Cach Llc<br>4340 S Monaco St<br>2nd Floor<br>Denver, CO 80237-3485 | Brian Audette<br>Perkins Coie LLP<br>131 S Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559 |
| Erica Crohn Minchella<br>Erica Crohn Minchella, Ltd.<br>7538 St. Louis Ave.<br>Skokie, IL 60076-4034 | LEONORA A DEL ROSARIO<br>7915 Arcadia St<br>Morton Grove, IL 60053-1616 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carmen Chy

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24