# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ROSARIO, LEONORA DEL § Case No. 16-02293
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $29,166.00 *(without deducting any secured claims)* | Assets Exempt: $36,400.00 |
| Total Distribution to Claimants: $11,369.89 | Claims Discharged Without Payment: $161,608.63 |
| Total Expenses of Administration: $4,576.66 | |

3) Total gross receipts of $ 16,946.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,000.00 (see **Exhibit 2**), yielded net receipts of $15,946.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,576.66 | 4,576.66 | 4,576.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 172,978.52 | 172,978.52 | 11,369.89 |
| **TOTAL DISBURSEMENTS** | $0.00 | $177,555.18 | $177,555.18 | $15,946.55 |

4) This case was originally filed under Chapter 7 on January 26, 2016. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/25/2017      By: /s/Brian Audette
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposits of money: $16,946.55 on deposit from sa | 1129-000 | 16,946.55 |
| **TOTAL GROSS RECEIPTS** | | **$16,946.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Leonora A. Del Rosario | Debtor's 735 ILCS 5/12-1001(b) exemption | 8100-002 | 1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 2,344.66 | 2,344.66 | 2,344.66 |
| Attorney for Trustee Fees (Trustee Firm) - Perkins Coie LLP | 3110-000 | N/A | 2,232.00 | 2,232.00 | 2,232.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,576.66** | **$4,576.66** | **$4,576.66** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | N/A | 3,918.64 | 3,918.64 | 257.58 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 19,293.51 | 19,293.51 | 1,268.16 |
| 3 | Bank of America, N.A. | 7100-000 | N/A | 136,406.33 | 136,406.33 | 8,966.00 |
| 4 | FIRST NATIONAL BANK OF OMAHA | 7100-000 | N/A | 13,169.99 | 13,169.99 | 865.66 |
| 5 | Capital One NA | 7100-000 | N/A | 190.05 | 190.05 | 12.49 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $172,978.52 | $172,978.52 | $11,369.89 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-02293  
**Case Name:** ROSARIO, LEONORA DEL

**Period Ending:** 05/25/17

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/26/16 (f)  
**§341(a) Meeting Date:** 02/23/16  
**Claims Bar Date:** 09/15/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposits of money: $16,946.55 on deposit from sa<br>Imported from original petition Doc# 1 | 16,946.55 | 946.55 | | 16,946.55 | FA |
| 2 | Deposits of money: Checking account with neice<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 3 | IRA<br>Imported from original petition Doc# 1 | 15,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2009 Mercedes Benz M350, 11,500 miles, 1/2 owner<br>Imported from original petition Doc# 1 | 7,102.00 | 1,702.00 | | 0.00 | FA |
| 5 | 2007 Ford 2007, 110000 miles, Prior corporate ve<br>Imported from original petition Doc# 1 | 6,564.00 | 6,564.00 | | 0.00 | FA |
| 5 | **Assets   Totals** (Excluding unknown values) | **$46,112.55** | **$9,712.55** | | **$16,946.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2017        **Current Projected Date Of Final Report (TFR):**   January 24, 2017  (Actual)

Printed: 05/25/2017 09:08 AM    V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-02293  
**Case Name:** ROSARIO, LEONORA DEL  

**Taxpayer ID #:** **-***4057  
**Period Ending:** 05/25/17  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/11/16 | {1} | Leonora A. Del Rosario | Payment of non-exempt funds | 1129-000 | 16,946.55 | | 16,946.55 |
| 12/22/16 | 101 | Leonora A. Del Rosario | Debtor's 735 ILCS 5/12-1001(b) exemption | 8100-002 | | 1,000.00 | 15,946.55 |
| 02/15/17 | 102 | Perkins Coie LLP | Dividend paid 100.00% on $2,232.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,232.00 | 13,714.55 |
| 02/15/17 | 103 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $2,344.66, Trustee Compensation; Reference: | 2100-000 | | 2,344.66 | 11,369.89 |
| 02/15/17 | 104 | Cavalry SPV I, LLC | Dividend paid 6.57% on $3,918.64; Claim# 1; Filed: $3,918.64; Reference: | 7100-000 | | 257.58 | 11,112.31 |
| 02/15/17 | 105 | Capital One Bank (USA), N.A. | Dividend paid 6.57% on $19,293.51; Claim# 2; Filed: $19,293.51; Reference: | 7100-000 | | 1,268.16 | 9,844.15 |
| 02/15/17 | 106 | Bank of America, N.A. | Dividend paid 6.57% on $136,406.33; Claim# 3; Filed: $136,406.33; Reference: | 7100-000 | | 8,966.00 | 878.15 |
| 02/15/17 | 107 | FIRST NATIONAL BANK OF OMAHA | Dividend paid 6.57% on $13,169.99; Claim# 4; Filed: $13,169.99; Reference: | 7100-000 | | 865.66 | 12.49 |
| 02/15/17 | 108 | Capital One NA | Dividend paid 6.57% on $190.05; Claim# 5; Filed: $190.05; Reference: | 7100-000 | | 12.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,946.55 | 16,946.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,946.55 | 16,946.55 | |
| | | | Less: Payments to Debtors | | | 1,000.00 | |
| | | | **NET Receipts / Disbursements** | | $16,946.55 | $15,946.55 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7666** | 16,946.55 | 15,946.55 | 0.00 |
| | $16,946.55 | $15,946.55 | $0.00 |

{} Asset reference(s)

Printed: 05/25/2017 09:08 AM   V.13.30